**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Rolando BLAS DE LA ROSA,
Defendant–Appellant.**

**No. 12–16075
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 19, 2013.

Patricia D. Barksdale, Arnold B. Corsmeier, U.S. Attorney's Office, Jacksonville, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Roland Falcon, Law Office of Roland Falcon, Jacksonville, FL, for Defendant–Appellant.

Before CARNES, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Roland Falcon, appointed counsel for Rolando Blas de la Rosa in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and De la Rosa's conviction and sentence are **AFFIRMED.**